**BAKER LESHKO SALINE & BLOSSER, LLP**
*Attorneys for Plaintiff*
**One North Lexington Avenue**
**White Plains, New York 10601-1712**
**914.681.9500**

'10 CIV 02481

JUDGE SEIBEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHESLEY McLAREN,<br><br>Plaintiff,<br><br>-against-<br><br>CHICO'S FAS, INC.,<br><br>Defendant. | Civ.    (   )<br><br><u>COMPLAINT</u><br><br>PLAINTIFF DEMANDS A<br>JURY TRIAL |

Chesley McLaren, by her attorneys, Baker Leshko Saline & Blosser, LLP,

complaining of the above-mentioned defendant alleges as follows:

### *The Parties*

1.  Plaintiff is a citizen and resident of the State of New York.

2.  Defendant Chico's FAS, Inc. is a corporation organized under and

existing pursuant to the laws of the State of Delaware and has a principal

place of business in the State of Florida (hereinafter "Chico's").

3.  Chico's is in the business, *inter alia*, of the retail sale of women's

clothing through the United States.  It has numerous stores located within

the Southern District of New York, including, but not limited, White Plains, New York.

4. Ms. McLaren is the holder of certain copyright interests as more fully set forth below.

## *Jurisdiction and Venue*

5. This is an action for copyright infringement arising under the Copyright Act of 1976, as amended, 17 U.S.C.A. §§101 et seq.

6. This Court has jurisdiction of the action by virtue of 28 U.S.C.A. §§1331 and 1338.

7. Venue is proper under 28 U.S.C.A. §§1391(b) and 1400(a) because the claims arose within this district and the defendant is found within this district.

## *Background*

8. Ms. McLaren is a designer, illustrator and artist. Her distinctive style has brought major commissions from Saks Fifth Avenue, Bergdorf Goodman, Neiman Marcus, Henri Bendel and Bloomingdales, as well as many other high end retailers and publishers. Her mannequins have been purchased by Saks Fifth Avenue, Neiman Marcus, Bergdorf Goodman, Lily Pulitizer as well as many other upscale retailers. She has written and illustrated two books, and has illustrated dozens of other books.

24. It became apparent to Ms. McLaren that Chico's was not purchasing the mannequins which possessed her designs from Pucci and was producing them or obtaining them from other non-authorized sources.

25. On or about January 31, 2010 counsel for Ms. McLaren wrote to Chico's requesting information of how it came into possession of the mannequins in question.

26. On or about February 9, 2010 counsel for Ms. McLaren received a telephone call and an email from counsel to Chico's advising him that they were investigating the situation.

27. Since February 9, 2010, until the date of this complaint, neither Ms. McLaren nor her counsel has received any further communication from Chico's.

28. Continuing from at least February 28, 2010, Chico's continues to use the mannequins with the designs of Ms. McLaren in its retail stores.

29. Each and every of defendants' acts, as alleged herein, are infringements of Ms. McLaren's copyrights.

30. The defendant has committed all of the aforesaid acts of infringement deliberately and willfully.

31. The defendant has continued to infringe Ms. McLaren's copyrights, and unless permanently enjoined by order of this Court, will continue to infringe Ms. McLaren's copyrights, causing Ms. McLaren irreparable harm.

32. Ms. McLaren has sustained, and will continue to sustain, substantial injuries, loss and damage to her exclusive rights under the copyright laws regarding the original works listed in Exhibit "A" and more particularly Exhibit

"C", and Ms. McLaren has sustained and will continue to sustain damages from the loss of value of the exclusive rights thereunder by reason of the defendant's conduct.

WHEREFORE, Plaintiff demands judgment as follows:

1. That Defendant be permanently enjoined from directly or indirectly:

(a) duplicating, manufacturing, using, exhibiting or copying any copyrighted original work of Ms. McLaren;

(b) offering to do any of the acts enjoined in subparagraph (a) above; and

(c) in any manner infringing or contributing to or participating in the infringement by others of any of Ms. McLaren's copyrights in original works.

2. That Defendant be required to deliver to Ms. McLaren all unauthorized copies of Ms. McLaren's copyrighted works, in any form as are herein alleged to infringe any of Ms. McLaren's copyrights. At the time of delivery, Defendant must provide Ms. McLaren with a sworn affidavit, stating that all unauthorized copies of Ms. McLaren's copyrighted works, that are in their possession, held for delivery to them or under their control, are being delivered to Ms. McLaren.

3. Defendant be required to pay to Ms. McLaren her actual damages or her statutory damages of up to $30,000 for each of its copyright infringements with respect to each copyright. If the Court finds that any infringement was committed willfully, Ms. McLaren prays for statutory damages of up to $150,000 for each copyright for all willful infringements with respect to those works.

4. That Ms. McLaren recover reasonable attorney's fees and costs of the suit incurred herein.

5. That Ms. McLaren have such other relief as this Court deems just and proper.

Dated:   White Plains, New York
         March 18, 2010

                         BAKER LESHKO SALINE & BLOSSER, LLP
                         *Attorneys for Plaintiff*

                         By: _____
                             Mitchell J. Baker
                         One North Lexington Avenue
                         White Plains, New York 10601-1712
                         914.681.9500

Exhibit "A"

[PICTURES OF THE COLLECTION]

l.





hensley

2.



3.





4.











7.



Chesley. H. Bendel.

8.



Chesley Bergdorf Goodman

9.



10.



11.



Chesley  NY Observer

12.



Chesley Estee lauder

13.







Chasley    Saks Fifth Avenue. Children

14.



*Who cares where you might wear it, how much you'd have to pay. It's a privilege just to see it, not common everyday.*
*'Tis Haute Couture!*

Chesley    Personal work

15.



Chesley        Athena Magazine



Chesley          . Beacon Press . Book

17.



Chesley   Vogue   Magazine

18.



Chesley          Beacon Press. Book

19

 



20



Artisan Press

Thursday.    Chanel / Dior

21



Estee Lauder Packaging

Charsley

22



Chesley. Japan. Poster

23



24.



Chesley    Givenchy Parfum

Exhibit "B"


[COPYRIGHT REGISTRATION]

**CERTIFICATE OF REGISTRATION**

**FORM VA**
For a Work of the Visual Arts

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

VA 1-874-571

DEC 0 8 2000

OFFICIAL SEAL — DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

Chesley:   set of 24

NATURE OF THIS WORK ▼ See Instructions

Drawings

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** NAME OF AUTHOR ▼

Chesley McLaren

DATES OF BIRTH AND DEATH
Year Born ▼ 1954   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

Author's Nationality or Domicile
Name of Country
OR ► Citizen of ► United States
Domiciled in ►

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

Author's Nationality or Domicile
Name of Country
OR ► Citizen of ►
Domiciled in ►

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
2000   This information must be given in all cases.   ◄ Year in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.   Month ► NOVEMBER   Day ► 4   Year ► 2000
Nation ► United States

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Chesley McLaren
125 West 79th Street
New York, New York 10024

Transfer  If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED   DEC 08 2000
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages



Picasa Web Albums - mitch - Drop Box

EXAMINED BY _____

CHECKED BY _____

☐ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼       Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Chesley McLaren
125 West 79th Street, #3F
New York, New York 10024

Area code and daytime telephone number ▶ (212) 496-1505       Fax number ▶ (212) 580-9396

Email ▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Chesley McLaren                           Date ▶ December 4, 2000

Handwritten signature (X) ▼

_____ Chesley McLaren _____

**8**

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Chesley McLaren

Number/Street/Apt ▼
125 West 79th Street, #3F

City/State/ZIP ▼
New York, New York 10024

* Complete all necessary spaces
* Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 2000—200,000
WEB REV: June 2000

☺ PRINTED ON RECYCLED PAPER

*U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

Exhibit "C"

[PICTURE OF THE FEMALE MANNEQUINS]

19



Exhibit "D"

[PICTURES OF OFFENDING MANNEQUINS]







